# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-46386-MSH |
| DANIEL JONES and | ) | |
| DONNA JONES | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER ON MOTION FOR RELIEF FROM STAY

At Worcester in said District this 16th day of February, 2011.

The Motion for Relief from the Automatic Stay of U.S. Bank, National Association [#16] having come before me, due notice having been given, no objection thereto having been filed or if filed said objection having been withdrawn or overruled, and good cause appearing to me therefor, it is hereby ORDERED that U.S. Bank, National Association, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights under its agreements with the debtors, including foreclosing its mortgage, or accepting a deed in lieu of foreclosure on the property located at 85 Greenfield Street, Lawrence, Massachusetts, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtors, all in accordance with applicable state and federal law.

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge